# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: admin | Date Created: 07/20/2009 |
| Case: 08−24784 | Form ID: B18 | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | H. Tucker ^1Dewey | jzweig@haledeweyknight.com |
| aty | Jeffrey M. Sirody | smeyers5@hotmail.com |
| aty | Kristine D Brown | ecf@logs.com |
| aty | Michael A. Coogen, Jr. | ecf@logs.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Basil A. Efdimis, Jr. | 501 Caldara Court    Westminster, MD 21158 |
| cr | JPMorgan Chase Bank, National Association | Shapiro &Burson, LLP    13135 Lee Jackson Highway    Suite 201    Fairfax, VA 22033 |
| cr | DaimlerChrysler Financial Services   Americas, LLC | c/o Jacob C. Zweig, Esq.    Hale, Dewey &Knight, PLLC    88 Union Avenue, Suite 700    Memphis, TN 38103 |
| cr | GE Money Bank | c/o Recovery Management Systems Corp    25 SE 2nd Ave, Suite 1120    Miami, FL 33131−1605 |
| tr | Mark J. Friedman | DLA Piper US LLP    6225 Smith Avenue    Baltimore, MD 21209−3600 |
| 24956365 | American Express Centurion Bank | c/o Becket and Lee LLP    POB 3001    Malvern PA 19355−0701 |
| 24879861 | Amex | P.O. Box 981537    El Paso, TX 79998 |
| 24879863 | Assoc/Citi | Credit Bureau Disp P O Box 6497    Sioux Falls, SD 57117 |
| 24879872 | Carroll County | County Attorney's Office    225 N. Center Street    Westminster, MD 21157 |
| 24879864 | Chase | Bank One Card Serv 800 Brooksedge Blv    Westerville, OH 43081 |
| 24879865 | Chrysler Financial | 5225 Crooks Rd Ste 140    Troy, MI 48098 |
| 24891088 | Citizens Auto Finance | 480 Jefferson Blvd    RJE 135    Warwick RI 02886 |
| 24879866 | Citizens Caf | 480 Jefferson Blvd    Warwick, RI 02886 |
| 24879870 | Comptroller of the Treasury | Compliance Division, Room 409    301 W. Preston Street    Baltimore, MD 21201 |
| 24902085 | DaimlerChrysler Financial Services Americas, LLC | Trustee Lockbox    POB 9001897    Louisville, KY 40290−1897 |
| 24895750 | JPMorgan Chase Bank, National Association | 7255 Baymeadows Way    Jacksonville, FL 32256 |
| 24879867 | Norma Efdimis | 5931 Snowdens Run Road    Sykesville, MD 21784 |
| 24979113 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs.    PO Box 41067    Norfolk, VA 23541 |
| 24946231 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| 24879871 | State of Maryland DLLR | Division of Unemployment Insurance    1100 N. Eutaw Street, Room 401    Baltimore, MD 21201 |
| 24879868 | Washington Mutual Fa | INVALID ADDRESS PROVIDED |

TOTAL: 21